THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES SUGDEN, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Suffolk County, rendered March 2, 1972, convicting him of murder, upon a jury verdict, and sentencing him to an indeterminate prison term of 20 years to life. Judgment affirmed (CPL 470.05, subd. 1). Martuscello, Acting P. J., Latham, Shapiro, Brennan and Benjamin, JJ., concur.